# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**January 12, 2010**

Mr. James C. Stebbins
Stebbins & Pinkerton
Post Office Box 11652
Charleston, WV 25339

      Re:    *Frame, et al v. Wyeth Holdings Corporation*, 4:06-CV-01668-WRW

Dear Mr. Stebbins:

What would you have the Court do?

Who is in charge of getting the personal representative appointed?

What, specifically, is being done?

What is the reason for the delay?

Please respond to the above questions by noon, this Friday, January 15, 2010.

          Cordially,

          /s/ Wm. R. Wilson, Jr.